# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
MAR 1 4 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America
vs.
Mandel Wright

Case No.
06-0048 AWI

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Mandel Wright___, have discussed with ___Jacob M. Scott___, Supervising Pretrial Officer, modifications of my release conditions as follows:

The order that he participate in a program of medical or psychiatric treatment including treatment for alcohol or drug dependency as approved by Pretrial Services, be vacated.

All other previously imposed conditions of release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Mandel Wright_  1/31/07         _Jacob M. Scott_  1/31/07
Signature of Defendant   Date    Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____         3/14/07
Signature of Assistant United States Attorney     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____         3/5/07
Signature of Defense Counsel      Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  3/14/07 .
[ ] The above modification of conditions of release is *not* ordered.

_____         3/14/07
Signature of Judicial Officer     Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services