1  **STEPHEN QUADE**, #156961
Attorney at Law
2  The Rowell Building
2100 Tulare Street, Suite 512
3  Fresno, California 93721
Telephone: (559) 237-2042
4  Facsimile: (559) 237-3966

5  Attorney for Defendant
**MANDEL WRIGHT**

6

7

8

9          IN THE UNITED STATES DISTRICT COURT FOR THE

10             EASTERN DISTRICT OF CALIFORNIA

11

12

13  THE UNITED STATES OF AMERICA,          )     Case No. 1:06-CR-00048 AWI
                                          )
14                    Plaintiff,          )     PROPOSED STIPULATION TO
                                          )     CONTINUE HEARING AND
15  vs.                                   )     ORDER THEREON
                                          )
16                                        )     DATE:      June 4, 2007
                                          )     TIME:      9:00 a.m.
17  MANDEL WRIGHT,                        )     PLACE:     Courtroom 2
                                          )     Honorable Anthony W. Ishii
18                    Defendant(s)        )

19

20         IT IS HEREBY STIPULATED by and between the parties hereto through their respective

21  counsel, Assistant United States Attorney Kimberly A. Sanchez, counsel for the plaintiff, and

22  Stephen Quade, counsel for the defendant, Mandel Wright, that the hearing in the above-

23  captioned matter currently set for June 4, 2007, may be continued to June 18, 2007, at the hour of

24  9:00 a.m., in courtroom two before the Honorable Anthony W. Ishii, United States District Court

25  Judge for the Eastern District of California.

26         The parties further stipulate that the resulting period of delay occurring between June 4,

27  2007, and June 18, 2007, shall be excluded in the interest of justice, pursuant to 18U.S.C. §

28  3161(h)(8)(A), since the ends of justice served by taking such action including allowing counsel

1   for the defendant and the attorney for the Government the reasonable time necessary to attempt to

2   resolve the case outweighs the best interests of the public and the defendant in a speedy trial.

3

4   DATED: _____                              Respectfully submitted,

5

6                                                      /s/ Stephen Quade_____
                                                      STEPHEN QUADE,
7                                                     Attorney for Defendant

8

9   DATED: _____

10                                                    /s/ Kimberly A. Sanchez_____
                                                      KIMBERLY A. SANCHEZ,
11                                                    Assistant United States Attorney

12

13

14                              **ORDER**

15      **IT IS SO ORDERED** that the hearing in the above-entitled matter currently set for June

16  4, 2007, be continued to June 18, 2007, at the hour of 9:00 a.m.

17

18  IT IS SO ORDERED.

19  **Dated:   May 16, 2007**                    _____/s/ Anthony W. Ishii_____
                                                  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28