# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America ) <br> vs. ) <br> Mandel Wright ) | Case No. <br> 06-0048 AWI |

**FILED**
AUG 07 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Mandel Wright_____, have discussed with _____JACOB M. SCOTT_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

**Vacate the following condition:** Participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring. **HOME DETENTION:** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Officer. All other conditions not in conflict shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_ 8/6/07          _[signature]_ 8/6/07
Signature of Defendant   Date     Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                    8/6/07
Signature of Assistant United States Attorney     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                    8/6/07
Signature of Defense Counsel     Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on ____8/6/07____
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                    8/6/07
Signature of Judicial Officer    Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services