| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00048 DAD |
| | ) | |
| Plaintiff, | ) | **APPLICATION AND ORDER APPOINTING** |
| | ) | **COUNSEL** |
| vs. | ) | |
| | ) | |
| MANDEL WRIGHT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant, Mandel Wright, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for the purpose of seeking early termination of his supervised release. Our office has a conflict.

Mr. Wright previously had retained counsel, but submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. On October 1, 2007, defendant pled guilty to Count 1 of the Indictment, namely, 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A) – Conspiracy to Distribute Cocaine. On February 4, 2008, defendant was sentenced to 120 months custody, 60 months supervised release, and $100 penalty assessment. On December 18, 2018, Mr. Wright presented himself in our office to inquire about early termination. Therefore, it is respectfully recommended that counsel be appointed to assist him.

Dated: December 13, 2018  /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**December 20, 2018**__      _____
                                     UNITED STATES DISTRICT JUDGE