UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANDEL WRIGHT,<br><br>Defendant. | No. 1:06-cr-00048-DAD<br><br>ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE<br><br>(Doc. No. 69) |

Defendant Mandel Wright's unopposed motion for early termination of his 60-month term of supervised release filed January 10, 2019 (Doc. No. 69) is granted and his term of supervised release is hereby terminated.

IT IS SO ORDERED.

Dated: **January 31, 2019**

_____
UNITED STATES DISTRICT JUDGE

1