| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057<br>Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330<br>Fresno, CA 93721-2226 |
| 4 | Telephone: 559-487-5561 |
| 5 | Attorneys for Defendant<br>MANDEL WRIGHT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00048-DAD |
|---|---|
| Plaintiff, | **DEFENDANT'S MOTION TO EXONERATE PROPERTY BOND; ORDER** |
| vs. | |
| MANDEL WRIGHT, | |
| Defendant. | |

Defendant Mandel Wright was sentenced on February 4, 2008 by the Honorable Anthony W. Ishii in the above-entitled case to 120-months at the Federal Bureau of Prisons and was remanded into custody of the United States Marshal at the time of his sentencing. *See* Exhibit A. Mr. Wright served his sentence and was released on May 19, 2015. *See* Exhibit B. On January 3, 2019, the Honorable Dale A. Drozd signed an order granting early termination of supervised release. *See* Exhibit C. Mr. Wright therefore requests that bail be exonerated pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Pursuant to the Court's order of March 29, 2006, setting conditions of release (DKT #17), Mr. Wright's mother and step-father, Nettie Ann Johnson and Willie (Whillie) Johnson, posted a $70,000 property bond with the Court:

| 05/15/2006 | RECEIPT number 101 8687 for Deed of Trust from #2006-0065798 as to Mandel Wright (Kusamura, W) (Entered: 05/15/2006) |
|---|---|

Motion to Exonerate Bond; ORDER -1-

Since no conditions of the bond remain to be satisfied, it is requested that the property be returned.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 18, 2019   */s/* Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
MANDEL WRIGHT

# **O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the bond in the above-captioned case and property be reconveyed to Nellie Ann Johnson and Willie (Whillie) Johnson who posted the property on Mr. Wright's case.

IT IS SO ORDERED.

Dated: **June 20, 2019**   _____
UNITED STATES DISTRICT JUDGE